IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JUANITA CRUMP-DONAHUE**                                                             **PLAINTIFF**

vs.                           **4:05CV01844-WRW**

**DEPARTMENT OF AGRICULTURE**                                      **DEFENDANT**

## ORDER

On December 16, 2005, this case was found to be barred by *res judicata* and dismissed with prejudiced. The Eighth Circuit Court of Appeals affirmed the dismissal. Accordingly, Plaintiff's Motion for Relief From Judgment (Doc. No. 21) is DENIED.

The Clerk of the Court is directed to no longer accept filings in this case.

IT IS SO ORDERED this 7th day of January, 2008.

                                                                 /s/Wm. R. Wilson, Jr.
                                           UNITED STATES DISTRICT JUDGE